UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 3:08-MJ-1008 |
| V. | ) | (SHIRLEY) |
| | ) | |
| | ) | |
| LONNIE R. DYER | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

A detention hearing was held in this case on January 25, 2008. Steve Cook, Assistant United States Attorney, was present on behalf of Tracy Stone, representing the government, and Jim Varner was present representing the defendant having been appointed by Magistrate Judge Dennis Inman. Before the hearing began, the defendant stated that after meeting with Mr. Varner he wished to have new counsel appointed stating reasons including that Mr. Varner's wife is employed by the United States Probation Office. Attorney Varner requested to withdraw. The government did not oppose and for good cause, the Court grants the oral motion. Upon motion of the government for detention, and pursuant to 18 U.S.C. Section 3142(f)(1)(a)(d), it is ordered that a detention hearing and a preliminary hearing are scheduled for **Thursday, January 30, 2007,** at **2:30 p.m.**, before the undersigned. For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

         s/ C. Clifford Shirley, Jr.
         United States Magistrate Judge